Petition for Writ of Mandamus Denied and Opinion filed April 14, 2003









Petition for Writ of Mandamus Denied and Opinion filed
April 14, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00401-CV

____________

 

IN RE SHANNON SMITH and FRANK JACKSON, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 10, 2003, relators
filed a petition for writ of mandamus in this Court seeking to compel the trial
court to order the name of Sylvia Cedillo, a Prairie
View city council candidate, removed from the May 3, 2003 election ballot.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus. 

PER CURIAM

 

 

Petition Denied
and Opinion filed April 14, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.